

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2019

No. 04-19-00273-CV

John M. **DONOHUE**,
Appellant

v.

**BANDERA COUNTY LAW ENFORCEMENT PERSONNEL**: Sheriff Daniel R Butts,
Deputy J. J. Martinez, Sergeant Gerald Johnson, Constable Rod Chalmers, Corporal D. J.
Nowlin, Deputy Ernest Ferniz, Deputy Luis Moreno; Deputy Kim Manglberger, Deputy Chris
Ahumada, Captain Shane Merritt, Deputy Jose Hernandez, Deputy Matt Krueger, Deputy Birdie
Tyler; Boerne Police Department Personnel: Officer Pablo Morales; San Antonio Police
Department Personnel et al,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000271
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On April 30, 2019, pro se appellant John M. Donohue filed a notice of appeal in this court in which he states he is appealing the trial court's April 2, 2019 order denying his motion to reinstate, which was filed in response to the trial court's order dismissing his suit for want of prosecution. In the notice of appeal, Donohue also references the trial court's granting of pleas to the jurisdiction, which the record shows were disposed of by separate orders in 2015.

The clerk's record was filed in this court on May 7, 2019. It shows that on December 9, 2015, the trial court rendered an order declaring Donohue a vexatious litigant. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.101 (stating court may render order prohibiting person from filing, pro se, new litigation in court to which order applies without permission of appropriate local administrative judge if court finds, after notice and hearing, that person is vexatious litigant); *see also id.* § 11.054 (setting bases for declaring litigant vexatious). In its order, the trial court prohibited Donohue "from filing any new litigation in Texas as a pro se party without first obtaining permission to sue from a local administrative judge." *See id.* § 11.101. This is known as a "prefiling order" and it is applicable to appeals. *See id.* §§ 11.101, 11.103(a). Based on the trial court's order and the information in Donohue's notice of appeal, which did not reference the prefiling order, we rendered a show cause order requiring Donohue to provide an order from the local administrative judge establishing he has permission to appeal.

Donohue filed a response in which he clarifies he is appealing the trial court's December 9, 2015 order declaring him a vexatious litigant. He asserts, and we agree, that pursuant to section 11.103(d), a clerk of a court of appeals may file an appeal from a prefiling order entered under section 11.101 without first obtaining permission from the local administrative judge. *See id.* § 11.103(d). Accordingly, we find Donohue may appeal the portion of the trial court's December 9, 2015 order declaring him a vexatious litigant and precluding him from filing in any court without first obtaining permission. **However, he may not appeal any other order or judgment in this case because he has not obtained an order from the local administrative judge granting him permission to appeal such orders or judgment.**

We **order** the clerk of this court to serve a copy of this order on: (1) the trial court, (2) the district clerk, (3) the court reporter, who is reminded that her record is due in this court on June 3, 2019, (4) appellant, and (5) all counsel for appellees.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court